# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID AUGUST KILLE, SR.,
                Appellant,
      vs.
JULIO CALDERIN; DWIGHT NEVEN;
HIGH DESERT STATE PRISON; GREG
COX; NEVADA DEPARTMENT OF
CORRECTIONS; AND THE STATE OF
NEVADA,
                Respondents.

No. 81986

**FILED**

NOV 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported dismissal of a civil rights complaint. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

Appellant previously appealed from a district court order granting summary judgment in the underlying 42 U.S.C. § 1983 religious freedom action. That appeal was docketed in this court as Docket No. 72358. On May 10, 2019, this court entered an order affirming in part, reversing in part, and remanding. No order dismissing a complaint appears on the district court docket sheet and no appealable orders appear to have been entered in the district court since entry of a summary judgment order. To the extent appellant appeals from the district court's September 23, 2020, oral decision to grant summary judgment in favor of defendants, an oral order of the district court is not appealable. *Div. of Child and Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) (holding "that dispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying

20-42431

controversy, must be written, signed, and filed before they become effective"). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Mary Kay Holthus, District Judge
David August Kille, Sr.
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A